IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ILESE DUNMORE,** *Plaintiff,* v. **TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,** *Defendant* | Case No. 2:19-cv-03867-JDW |

## ORDER

**AND NOW**, this 10th day of September, 2021, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear her or its own costs and attorneys' fees.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.